UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-410-T-17MAP

ISABEL COLMENARES

### FORFEITURE MONEY JUDGMENT

The defendant was found guilty of receipt in interstate commerce of misbranded drug or device for delivery with pay with intent to defraud/mislead, in violation of 21 U.S.C. § 331(c).  The United States of America has established that $75,000.00 in proceeds was obtained by the defendant as a result of the offense for which she was found guilty.

The United States moves under 18 U.S.C. § 982(a)(7), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment in the amount of $75,000.00, which shall become final as to the defendant at the time it is entered.  The motion for entry of a forfeiture money judgment is GRANTED.  Under 18 U.S.C. § 982(a)(7), and Rule 32.2(b)(2), the defendant shall be held liable for a forfeiture money judgment in the amount of $75,000.00, which represents the amount of proceeds the defendant obtained as a result of the offense charged in Count One of the Information.

CASE NO. 8:16-CR-410-T-17 MAP

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the money judgment. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

DONE and ORDERED in Tampa, Florida, this 19th day of January, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record